IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARL STURM and JACOB HAYS** | * | **CIVIL ACTION NO.:**     15-3242 |
| | * | |
| **Plaintiffs** | * | **JUDGE: ELDON E. FALLON** |
| | * | |
| **VERSUS** | * | **MAGISTRATE JUDGE:** |
| | * | **DANIEL E. KNOWLES, III** |
| **240 DECATUR STREET, LLC and** | * | |
| **JUDE MARULLO** | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come defendants 240 Decatur Street, LLC and Jude Marullo, which, pursuant to Rule 12(b)(6) hereby move this Honorable Court to dismiss the claims brought by plaintiffs under the Louisiana Wage Payment Act.

WHEREFORE, defendants pray that after due consideration, the Court grant this Motion to Dismiss the claims brought under the Louisiana Wage Payment Act with prejudice and at plaintiffs' cost.

Respectfully submitted:

*/s/ Michelle P. Cumberland*
DAVID J. HALPERN (#6452)
david.halpern@keanmiller.com
DAVID WHITAKER (#21149)
david.whitaker@keanmiller.com
MICHELLE P. CUMBERLAND (#30681)
michelle.cumberland@keanmiller.com
**Kean Miller LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600

New Orleans, LA 70112<br>
Telephone:  (504) 585-3050

*Attorneys for 240 Decatur Street, LLC and Jude Marullo*

## CERTIFICATE OF SERVICE

This is to certify that on October 20, 2015, a copy of the foregoing was filed electronically with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which then issued electronic notices of the filing to registered attorneys in the federal CM/ECF PACER system.

*/s/Michelle P. Cumberland*