## CONSENT TO JOIN COLLECTIVE ACTION
## (FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216 (b))

Pursuant to Section 16(b) of the Fair Labor Standards Act, I hereby consent to opt in and become a party in a collective action entitled *Sturm v. 240 Decatur, L.L.C.* in the Eastern District of Louisiana to recover unpaid wages, overtime wages, and other sums owing to me and to other similarly situated employees.  I agree to be bound by any judgment of the Court or any settlement of this action.

_____
Carl Sturm